UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE CEMENT
MASONS & PLASTERERS HEALTH &
WELFARE TRUST, *et al.*,

                    Plaintiffs,

        v.

O-CO CONCRETE CONSTRUCTION, LLC,

              Defendant/Judgment Debtor,

     and

JOHN KORSMO CONSTRUCTION, INC.,

               Garnishee.

Cause No. MC22-0087RSL

ORDER TO ISSUE WRIT OF
GARNISHMENT

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment"
for property in which the defendant/judgment debtor, O-Co Concrete Construction LLC, has a
substantial nonexempt interest and which may be in the possession, custody, or control of the
garnishee, John Korsmo Construction, Inc. The Court having reviewed the record in this matter,
it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2)
submitted by plaintiffs' counsel on October 13, 2022.

     Dated this 17th day of October, 2022.

                            _____
                            Robert S. Lasnik
                            United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1